# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2278
_____

Randy Drinkwalter,

           Appellant,

      v.

Harold Clarke; Mike Kenney; Douglas
K. Diltz; Frank X. Hopkins; Teresa
Predmore; Kimberly L. Cockrell;
Robert C. Ryan; Officer McPherrin, in
their official and individual capacities,

           Appellees.

\*   Appeal from the United States
\*   District Court for the
\*   District of Nebraska.

\*   [UNPUBLISHED]

_____

Submitted: April 28, 2004

Filed: May 3, 2004
_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.
_____

PER CURIAM.

Nebraska inmate Randy Drinkwalter appeals the district court's[1] dismissal of his civil rights lawsuit arising out of a disciplinary conviction (later reversed), which led to his extended confinement in segregation. Appellees have moved for summary

_____

[1]The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.

affirmance. Having carefully reviewed the record, we conclude dismissal was proper and an extended discussion is not warranted. Accordingly, we grant appellees' motion and affirm. <u>See</u> 8th Cir. R. 47B.

_____